JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| DWAIN LAMMEY,<br><br>Plaintiff,<br><br>v.<br><br>COTTON ON USA INC.; and Does 1-10,<br><br>Defendants. | Case № 2:19-CV-10684-ODW (Ex)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

June 8, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**